670 A.2d 1049

IN THE MATTER OF EDWARD M. FINK,
AN ATTORNEY AT LAW.

February 13, 1996.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **EDWARD M. FINK** of **EDISON,** who was admitted to the bar of this State in 1970, and who was suspended from the practice of law for a period of six months effective August 1, 1995, by Order of this Court dated July 26, 1995, be restored to the practice of law, effective immediately.